UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| **KIPP SMILEY AND AARON SAPP,** § | | |
| Individually and on behalf of § | | |
| all others similarly situated § | | |
| § | Docket No. 2:14-cv-01539 | |
| **Plaintiffs,** § | | |
| § | **JURY TRIAL DEMANDED** | |
| **v.** § | | |
| § | **COLLECTIVE ACTION** | |
| § | **PURSUANT TO 29 U.S.C. § 216(b)** | |
| **ROC SERVICE COMPANY, LLC** § | | |
| § | | |
| **Defendant.** § | | |

**PLAINTIFF'S KIPP SMILEY AND AARON SAPP'S MOTION FOR
ADMISSION *PRO HAC VICE* OF ANDREW W. DUNLAP**

Andrew W. Dunlap hereby moves to be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff's Kipp Smiley and Aaron Sapp pursuant to Local Rule 83.2 and Local Rule 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151). Andrew W. Dunlap's contact information is as follows:

Andrew Dunlap
Fed Id. 1093163
Texas Bar No. 24078444
**FIBICH, LEEBRON, COPELAND
BRIGGS & JOSEPHSON**
1150 Bissonnet St.
Houston, Texas 77005
Tel: (713) 751-0025
Fax: (713) 751-0030
adunlap@fibichlaw.com

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Andrew W. Dunlap filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

1

Respectfully submitted,

/s/ Andrew W. Dunlap
Michael A. Josephson
Pennsylvania Bar No. 308410
Fed. Id. 27157
Texas Bar No. 24014780
*(pending pro hac vice)*
Andrew Dunlap
Fed Id. 1093163
Texas Bar No. 24078444
*(pending pro hac vice)*
Lindsay R. Itkin
Fed Id. 1458866
Texas Bar No. 24068647
*(pending pro hac vice)*
**FIBICH, LEEBRON, COPELAND
BRIGGS & JOSEPHSON**
1150 Bissonnet St.
Houston, Texas 77005
Tel: (713) 751-0025
Fax: (713) 751-0030
mjosephson@fibichlaw.com
adunlap@fibichlaw.com
litkin@fibichlaw.com

AND

Joshua P. Geist
PA. I.D. No. 85745
Goodrich & Geist, P.C.
3634 California Ave.
Pittsburgh, PA 15212
Tel: 412-766-1455
Fax: 412-766-0300
josh@goodrichandgeist.com

AND

Richard J. (Rex) Burch
Texas Bar No. 24001807
Fed. Id. 21615
*(pending pro hac vice)*
**BRUCKNER BURCH, P.L.L.C.**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046

713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@bruckerburch.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties.

/s/ *Andrew W. Dunlap*
Andrew W. Dunlap

3