IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIPP SMILEY AND AARON SAPP, Individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROC SERVICE COMPANY, LLC,<br><br>*Defendant*. | ]<br>]<br>]<br>]<br>]<br>]<br>] CASE NO.  2:14-cv-01539-CRE<br>]<br>]<br>]<br>] MAGISTRATE JUDGE EDDY<br>]<br>] |

PLAINTIFFS' MOTION FOR
ADMISSION *PRO HAC VICE* OF RICHARD J. (REX) BURCH

Richard J. (Rex) Burch hereby moves to be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs' pursuant to Local Rule 83.2 and Local Rule 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151). Richard J. (Rex) Burch's contact information is as follows:

Richard J. (Rex) Burch
Texas Bar No. 24001807
BRUCKNER BURCH PLLC
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Tel: (713) 877-8788
Fax: (713) 877-8065
rburch@brucknerburch.com

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Richard J. (Rex) Burch filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

1

Respectfully submitted,

/s/ Joshua P. Geist
Joshua P. Geist
PA. I.D. No. 85745
Goodrich & Geist, P.C.
3634 California Ave.
Pittsburgh, PA 15212
Tel: 412-766-1455
Fax: 412-766-0300
josh@goodrichandgeist.com

AND

Michael A. Josephson
Pennsylvania Bar No. 308410
Fed. Id. 27157
Texas Bar No. 24014780
*(pending pro hac vice)*
Andrew Dunlap
Fed Id. 1093163
Texas Bar No. 24078444
*(pending pro hac vice)*
Lindsay R. Itkin
Fed Id. 1458866
Texas Bar No. 24068647
*(pending pro hac vice)*
FIBICH, LEEBRON, COPELAND
BRIGGS & JOSEPHSON
1150 Bissonnet St.
Houston, Texas 77005
Tel: (713) 751-0025
Fax: (713) 751-0030
mjosephson@fibichlaw.com
adunlap@fibichlaw.com
litkin@fibichlaw.com

AND

Richard J. (Rex) Burch
Texas Bar No. 24001807
Fed. Id. 21615
*(pending pro hac vice)*
BRUCKNER BURCH, P.L.L.C.
8 Greenway Plaza, Suite 1500
Houston, Texas 77046

        713-877-8788 – Telephone
        713-877-8065 – Facsimile
        rburch@brucknerburch.com

        ATTORNEYS IN CHARGE FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties.

        /s/ *Joshua P. Geist*
        Joshua P. Geist